IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-60077
_____


PATRICK S ELLIOTT; DONNA J ELLIOTT

                        Petitioners - Appellants

     v.

COMMISSIONER OF INTERNAL REVENUE

                        Respondent - Appellee


_____

No. 02-60078
_____


LARRY ELLIOTT; JULIE F ELLIOTT

                        Petitioners - Appellants

     v.

COMMISSIONER OF INTERNAL REVENUE

                        Respondent - Appellee

_____

Appeals from the Decision of the
United States Tax Court
(19425-98 & 19433-98)
_____
November 7, 2002

Before KING, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit
Judges.

PER CURIAM:[*]

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent

The notices of deficiency were not so inadequate as to deprive the Tax Court of jurisdiction, and they were sufficient to inform the Elliotts that their claimed business expense deductions had not been allowed.  That said, the Internal Revenue Service clearly could have done considerably better and thereby saved all involved, including the Tax Court and this court, from this wasteful exercise.

AFFIRMED.

---

except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.